No. 322.  HIBBARD, SPENCER, BARTLETT & CO. *v.* CHICAGO.  October 9, 1939.  *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.  *Central Land Co.* v. *Laidley,* 159 U. S. 103, 112; *Patterson* v. *Colorado,* 205 U. S. 454, 461; *Willoughby* v. *Chicago,* 235 U. S. 45, 50; *O'Neil* v. *Northern Colorado Irrigation Co.,* 242 U. S. 20, 26–27; *Dunbar* v. *City of New York,* 251 U. S. 516, 519; *Rooker* v. *Fidelity Trust Co.,* 261 U. S. 114, 118; *Tidal Oil Co.* v. *Flanagan,* 263 U. S. 444, 450; *American Railway Express Co.* v. *Kentucky,* 273 U. S

269, 273. *Messrs. Frederic Burnham* and *David F. Rosenthal* for appellant. *Messrs. Barnet Hodes, Joseph F. Grossman,* and *J. Herzl Segal* for appellee.